# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0546

VERSUS

CHALMERS GILLIN, JR.

**SEPTEMBER 9, 2024**

---

In Re:  Chalmers Gillin, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 0671-F-2023.

---

BEFORE:  McCLENDON, WELCH, AND LANIER, JJ.

**WRIT DENIED.**

PMc
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT